# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

Virtual Studios, Inc.

        Plaintiff(s)

        v.

Royal Carpet Mills, Inc.

        Defendant(s)

NOTICE OF CALL FOR DISMISSAL
PURSUANT TO F.R.Civ.P. 4(m)

Civil Action No. 11-623 (KSH)

    PLEASE TAKE NOTICE, that the above captioned action will be dismissed on August 31, 2011  for failure to effect service of the summons and complaint within 120 days of the filing of the complaint unless you establish that service was effected within said 120 days, by filing proof of service with the Clerk of the Court before the return date of this notice.  If proof of service is not filed before the return date, counsel is required to provide sufficient reason through writing for good cause  why this action should not be dismissed.

WILLIAM T. WALSH

            RoseMarie Guilloty
by: _____
            RoseMarie Guilloty
            Deputy Clerk

Date: 8/11/11