| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: **SUMMONS, COMPLAINT** <br> EFFECTED (1) BY ME: S. O'Malley <br> TITLE: PROCESS SERVER | DATE: 8/29/11 @ 3:39 PM |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[✓] Served personally upon the defendant:

ROYALTY CARPET MILLS, INC.

Place where served: 17111 RED HILL AVE, IRVINE, CA 92414

[✓] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

SANDRA WITHERS, OFFICE MANAGER, AUTHORIZED TO ACCEPT

Relationship to defendant: _____

Description of person accepting service:

SEX: F  AGE: 55  HEIGHT: 5'6  WEIGHT: 190  SKIN: White  HAIR: Blonde  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 8/29/2011

SIGNATURE OF S. O'MALLEY
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: FRANK E. CATALINA, ESQ.
PLAINTIFF: VIRTUAL STUDIOS, INC.
DEFENDANT: ROYALTY CARPET MILLS, INC.
VENUE: DISTRICTNJ
DOCKET: 2 11 CV 623 KSH PS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AA