LEWIS BRISBOIS BISGAARD & SMITH LLP
One Riverfront Plaza, Suite 350
Newark, NJ 07102
(973) 577-6260
*Attorneys for Defendant*

| | |
|---|---|
| VIRTUAL STUDIOS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROYALTY CARPET MILLS, INC.,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>11-CV-00623-KSH-PS<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears as attorneys for Defendant Royalty Carpet Mills, Inc.

Dated: New York, New York
       September 26, 2011

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Peter T. Shapiro, Esq.
*Attorneys for Defendant*
*Royalty Carpet Mills, Inc.*
One Riverfront Plaza, Suite 350
Newark, NJ 07102
(973) 577-6260

TO:   Robert E. Margulies, Esq.
      *Attorneys for Plaintiff*
      *Virtual Studios, Inc.*
      Margulies Wind, PA
      Harborside Financial Center - Suite 1201
      Plaza 10, Second Street
      Jersey City, New Jersey 07311-3988
      (201) 333-0400