LEWIS BRISBOIS BISGAARD & SMITH LLP
One Riverfront Plaza, Suite 350
Newark, NJ 07102
973-577-6260
*Attorneys for Defendant*

| | |
|---|---|
| VIRTUAL STUDIOS, INC., | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEW JERSEY |
| Plaintiff, | |
| | 11-CV-00623-KSH-PS |
| v. | |
| ROYALTY CARPET MILLS, INC., | STIPULATION |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties hereto that defendant shall have until October 31, 2011 to move, answer or otherwise respond to the Complaint.

MARGULIES WIND, PA

/s/ Robert Margulies

Robert Margulies, Esq.
*Attorneys for Plaintiff*
Harborside Financial Center - Suite 1201
Plaza 10, Second Street
Jersey City, New Jersey 07311-3988
201-333-0400
rem@MWHLawfirm.com

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Peter T. Shapiro

Peter T. Shapiro, Esq.
*Attorneys for Defendant*
One Riverside Plaza, Suite 350
Newark, NJ 07102
973-577-6260
pshapiro@lbbslaw.com

Dated: October 10, 2011

So ordered: this 12th day of October, 2011

/s/ Patty Shwartz
U.S.M.J.

4839-5110-9125.1