LAW OFFICES

# MARGULIES WIND

A PROFESSIONAL CORPORATION

HARBORSIDE FINANCIAL CENTER
PLAZA 10, SUITE 1201
3 SECOND STREET
JERSEY CITY, NEW JERSEY 07311-3988

(201) 333-0400
www.margulieswind.com
FAX (201) 333-1110

ROBERT E. MARGULIES ✡♦✻✤
JACK JAY WIND
PAUL M. TSCHIRHART ⊛
JEFFREY R. KIVETZ ✡
GERARD D. PIZZILLO ✡
✡ Also member New York Bar
♦ Also member Massachusetts Bar
⊛ Also member District of Columbia Bar
⊕ Also member Florida Bar
✻ Rule 1:40 qualified Mediator
◇ Certified Civil Trial Lawyer
✤CEDR Accredited Mediator

MAURICE C. BRIGADIER
(1902-1991)

Of Counsel
SEYMOUR MARGULIES ✡♦⊛⊕
HAROLD I. BRAFF ✡✻◇
FRANK E. CATALINA

February 24, 2012

*Sender's email and phone extension:*
*fec@mwhlawfirm.com, Ext 207*

By ECF Filing
Honorable Patty Shwartz
United State District Court
Frank R. Lautenberg U.S. Post Office & Courthouse Building
Chambers 477
P.O. Box 999
Newark, New Jersey 07101-0999

Re: Virtual Studios, Inc. vs. Royalty Carpet Mills, Inc.
Docket No. 2:11-CV-00623-KSH-PS
Our File No. RQ13287

Dear Magistrate Judge Shwartz:

Our office represents plaintiff Virtual Studios, Inc. In the above matter. This letter is to confirm that both we and our client will be available to attend the Settlement Conference scheduled by Your Honor on April 12, 2012 at 10:00 a.m.

Respectfully,

Frank E. Catalina

FEC:dm